**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,                             No. 25-cr-352 (KMM/LIB)

      Plaintiff,

v.                                                                              **ORDER ADOPTING**
                                                                      **REPORT AND RECOMMENDAITON**

MARK ANTHONY DAVIS, JR.,

      Defendant.

---

In a one-count Indictment, the United States charges Mark Anthony Davis, Jr., with possession of a firearm after having been convicted of at least one crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). On December 29, 2025, Mr. Davis moved to dismiss the Indictment, arguing that the charge violates both the Second Amendment and the nexus requirement of the Commerce Clause. (Dkt. 20.) On March 6, 2026, United States Magistrate Judge Leo I. Brisbois issued a Report and Recommendation ("R&R") concluding that Mr. Davis's motion should be denied. (Dkt. 28.) Judge Brisbois concluded that Mr. Davis's Second Amendment argument is foreclosed by *United States v. Jackson*, 110 F.4th 1120 (8th Cir. 2024), and that § 922(g)(1) does not violate the Commerce Clause as explained in *United States v. Stuckey*, 255 F.3d 528, 529 (8th Cir. 2001), and *United States v. Hill*, 386 F.3d 855, 859 (8th Cir. 2004).

Mr. Davis filed timely objections in which he acknowledges the caselaw foreclosing his arguments and notes that he intends to preserve the issues raised for appellate review.

(Dkt. 30.) Having reviewed the matter de novo, Fed. R. Civ. P. 72(b)(3); D. Minn. LR 72.2(b)(3), the Court agrees with the R&R's conclusions, adopts the R&R, and denies Mr. Davis's motion.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 28) is **ACCEPTED**.

2. Defendant's Motion to Dismiss the Indictment (Dkt. 20) is **DENIED**.

Date: March 31, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge

2